

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

---

No. 08-26-00090-CR

---

In re Rafael Guillen, Relator

---

AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

In this original proceeding, Relator Rafael Guillen seeks mandamus relief for the trial court's failure to enter a ruling on his "Motion for Judgment Nunc Pro Tunc," directed at the Honorable Kathleen H. Olivares of the 205th District Court of El Paso County, Texas. The Honorable Francisco X. Dominguez became the successor judge of the 205th District Court and is now presiding over the underlying matter. We abated Relator's petition for writ of mandamus on February 26, 2026. to allow the trial court's successor judge to consider Relator's motion. *See* Tex. R. App. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). On April 27,

2026, the trial court's successor judge signed an order granting Relator's "Motion for Judgment Nunc Pro Tunc."

We reinstate the appeal and dismiss as moot the petition for writ of mandamus.

MARIA SALAS MENDOZA, Chief Justice

May 7, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)